# MEMORANDUM DECISIONS

**ACCOUNTING & TABULATING MACHINE CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 4627.

Circuit Court of Appeals, Third Circuit.

Feb. 11, 1932.

Wm. S. James, of New York City, for appellant.

G. A. Youngquist, Asst. Atty. Gen., Wm. Cutler Thompson, Sewall Key, and John MacC. Hudson, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and J. M. Leinenkugel, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM.

The order of the United States Board of Tax Appeals, determining against the petitioner a deficiency tax on a finding that the corporations in question were not affiliated and therefore denying them the right to make a consolidated return, 21 B. T. A. 951, is ruled by the decision in Handy & Harman v. Burnet, Commissioner, 52 S. Ct. 51, 76 L. Ed. ——, rendered since the argument.

The order is affirmed.

**George O. BAIRD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5891.

Circuit Court of Appeals, Fifth Circuit.

Jan. 19, 1932.

S. L. Herold, of Shreveport, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings, and was submitted to the court.

On consideration whereof it is now here ordered and adjudged by this court that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings to the end that there be a recomputation of the tax liability of the petitioner herein for the years 1921 and 1922, such recomputation to be made giving effect to the decision of this court in the case of S. L. Herold v. Commissioner, 42 F.(2d) 942.

It is further ordered and adjudged that the mandate of this court issue without delay.